**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00818-CV

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS TEXAS, Appellant**

**V.**

**KIMBERLY NELSON, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05784-B**

## ORDER

We **GRANT** appellee's August 6, 2014 unopposed second motion for an extension of time to file a brief. Appellee shall file her brief on or before **Monday, September 8, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
          JUSTICE